## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DAMON NEAL DUNBAR** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. CIV-22-728-R** |
| | ) | |
| **JANET DOWLING,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### ORDER

Petitioner filed this action pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) the matter was referred to United States Magistrate Judge Shon T. Erwin for preliminary review. On September 13, 2022, Judge Erwin issued a Report and Recommendation wherein he recommended that Mr. Dunbar's Application for Leave to Proceed *In Forma Pauperis* be denied. (Doc. No. 7). The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED. The Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 6) is hereby DENIED. Petitioner shall remit the $5.00 filing fee within twenty days of entry of this Order. Failure to timely remit payment may result in dismissal of the Petition without prejudice without additional warning.

IT IS SO ORDERED this 11th day of October 2022.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**